# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

PATRICIA THOMSON ROBINSON,

    Plaintiff,

v.                                            CASE NO.  4:06cv25-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER AFFIRMING COMMISSIONER'S DENIAL OF BENEFITS

This matter is before the court on the magistrate judge's report and recommendation (document 9) and the objections thereto (documents 12; see also document 13).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying benefits is AFFIRMED.  The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 8th day of September, 2006.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge